IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1:07CV3719 |
| ) | |
| Plaintiff, ) | Judge Boyko |
| ) | |
| vs. ) | |
| ) | |
| TERRY A. CUNNINGHAM, ) | DEFAULT JUDGMENT |
| ) | |
| Defendant. ) | |

A default having been entered as to the defendant, TERRY A. CUNNINGHAM in the above case, on the ___31st___ day of ___January___, 2008 all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendant and having filed a proper affidavit with me as to the amount due from the defendant to the plaintiff;

2

Judgment is entered in the favor of the United States of America, plaintiff against TERRY A. CUNNINGHAM, defendant, in the amount of $5,299.61 (Principal of $4,544.70 and Interest of $754.91 through January 22, 2008), plus 8.02% interest to the date of judgment and interest from the date of judgment at the legal rate, computed daily and compounded annually until paid in full, and plus costs of suit in the amount of $350.00.

This __6th__ day of __March__, 2008.
nunc pro tunc

IT IS SO ORDERED:

_Christopher A. Boyko_
UNITED STATES DISTRICT JUDGE

FILED

MAR 2 6 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND